[No. 37259-2-II.   Division Two.   August 24, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ABEL EDUARDO CONTRERAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-05904-4, Beverly G. Grant, J., entered January 11, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater and Van Deren, JJ.

[No. 38577-5-II.   Division Two.   August 24, 2010.]

BRITT DUDEK ET AL., *Appellants*, v. THE EASTERN WASHINGTON GROWTH MANAGEMENT HEARINGS BOARD ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 08-2-00074-2, Gary R. Tabor, J., entered October 31, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, J.; Quinn-Brintnall, J., dissenting in part.

[No. 38793-0-II.   Division Two.   August 24, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ALNISSIA MOORE, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00590-3, James W. Lawler, J., entered January 21, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Penoyar, C.J., concurred in by Worswick, J., and Serko, J. Pro Tem.

[No. 38858-8-II.   Division Two.   August 24, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. PETRONILO CIFUENTES-VICENTE, *Defendant*, APRIL BOUTILLETTE BRINKMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00927-1, Diane M. Woolard, J., entered January 2, 2009. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, J.; Quinn-Brintnall, J., concurring in the result only.